UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TIMOTHY LEE MORALES,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>        Defendants.<br>_____/ | No. C 11-04149 LB<br><br>**ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA** |

    Pro se plaintiff Timothy Morales, who currently is a prisoner in the Solano County Jail, filed this action against defendants California Forensic Medical Group, the Solano County Jail Medical Department, and Dr. Ravinder Kadervari. ECF No. 1. Mr. Morales alleges that Defendants violated his civil rights in violation of 42 U.S.C. § 1983.

    "A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Civ. L.R. 3-2(c). Here, all of the conduct giving rise to Morales's claim took place in Solano County. *See* ECF No. 1 at 3. Solano County is in the Eastern District of California, so the action should have been filed there. Accordingly, the court ORDERS that this action be TRANSFERRED to the Eastern District of California.

///

///

C 11-04149 LB

1 **IT IS SO ORDERED.**

2 Dated: November 4, 2011



3 ‎‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
LAUREL BEELER
United States Magistrate Judge

C 11-04149 LB

2