IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEE MORALES,

     Plaintiff,                    No. 2:11-cv-3104 CKD P

    vs.

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,

     Defendants.             <u>ORDER DISMISSING CASE</u>

/

          Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The proceeding was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has consented to the jurisdiction of a United States Magistrate Judge.

          In the court's order of October 16, 2012, (Dkt. No. 9) it was determined that plaintiff had previously filed a complaint in this court alleging the same claims against the same defendants, and that he was improperly attempting to re-litigate those same claims. Plaintiff was given 30 days to show cause why he should not be barred from proceeding in this action based on principles of res judicata. Plaintiff was advised that failure to show cause would result in dismissal of this action. Plaintiff has not responded to the court's order, and has not attempted to

1

1  show cause why his case should not be dismissed based on res judicata.

2     Therefore, IT IS HEREBY ORDERED that plaintiff's complaint is dismissed
3  pursuant to Fed. R. Civ. P. 41(b), and the clerk is directed to close this case.

4   Dated: November 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
mora3104.dismiss

2